UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CRYSTAL COLEY,

                               Plaintiff,

       v.                                           8:20-CV-675
                                                     (GTS/DJS)

TORRI SHUFELT, *Individually*, *et al.*,

                               Defendants.
_____

**APPEARANCES:**                            **OF COUNSEL:**

PHILLIPS & ASSOCIATES, PLLC        STEVEN J. FINGERHUT, ESQ.
Attorney for Plaintiff
45 Broadway
Suite 430
New York, New York 10006

BABCHIK & YOUNG, LLP                SIOBHAN A. HEALY, ESQ.
Attorney for Defendants
245 Main Street
Suite 330
White Plains, New York 10601

**DANIEL J. STEWART**
**United States Magistrate Judge**

# ORDER

      As part of the Court's previous directive, defense counsel was instructed to provide to chambers for an *in camera* review the unredacted BSPs and IPOPs at issue, as well as the staff communication logs. Dkt. No. 41. Within the time frame specified, counsel provided the Court with those documents. The *in camera* review of the these

documents has now been completed. The following portions of those files should be disclosed:

- NYSARCEssex 1777, third line from the top – single sentence that begins with "Premises"

- NYSARCEssex 1799, bottom two lines in the right column

- NYSARCEssex 465, final sentence of "Home Safety – Bathroom" section

- NYSARCEssex 466, second to last sentence of first paragraph, beginning with "The shower caddy"

Defense counsel is ordered to provide those portions of the files to Plaintiff's counsel by August 13, 2021.

**IT IS SO ORDERED.**

Dated: August 2, 2021
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge